# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 21, 2014

148568 & (45)(46)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FIRST NATIONAL BANK OF MICHIGAN,
        Plaintiff/
        Counter-Defendant-Appellee,

v

TERRI A. PETERSON,
        Defendant/
        Counter-Plaintiff-Appellee,
and

THOMAS R. TIBBLE, as Chapter 7 Trustee and
Joined Successor,
        Appellant.

SC: 148568
COA: 312861
Van Buren CC: 12-620063-CH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 21, 2014



Clerk

t0218